**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| Plaintiff, | § § § | |
| VS. | § § | Case No. 4:14CV481 |
| MIDLAND CREDIT MANAGEMENT, INC. | § § § § | |
| Defendant. | § | |

## ORDER

Plaintiff's Motion for Enlargement of Time to Oppose Defendant Midland Credit Management's Motion for Judgement on the Pleadings (Dkt. 12). The motion is GRANTED in part as set forth below. Plaintiff shall file any response to the motion for judgment on the pleadings no later than **October 3, 2014.**

SO ORDERED.

SIGNED this 11th day of September, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE