PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David Mack
4:14cv481

RE: Mack V Midland

RECEIVED: Order #13

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 16 2014
DAVID J. MALAND, CLERK

on this 13th day of September, 2014.

SIGNED: _____
(Addressee/Agent for Addressee)