**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 4:14-CV-414 |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § | |
| *Defendant*. | § | |

– *and* –

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 4:14-CV-481 |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § | |
| *Defendant*. | § | |

## ORDER TRANSFERRING CASES

Pending before the court are the above styled and numbered cases. These cases are related to an earlier filed case currently pending before the Honorable Amos L. Mazzant. *See David E. Mack v. Midland Credit Management, Inc.*, 4:14-cv-265. With Judge Mazzant's permission, these cases are hereby **TRANSFERRED** to the docket of the Honorable Amos L. Mazzant for coordinated case management in an effort to promote judicial economy.

IT IS SO ORDERED.

**SIGNED this the 13th day of January, 2015.**

*/s/ Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE